IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **BRANDON TIMMONS,** : | |
|    Plaintiff : | |
| : | No. 1:21-cv-02157 |
| v. : | |
| : | (Judge Kane) |
| **BOHINSKI,** : | |
|    Defendant : | |

# ORDER

**AND NOW**, on this 28th day of June 2024, in accordance with the Memorandum issued concurrently with this Order, **IT IS ORDERED THAT**:

1. Defendant Bohinski ("Defendant")'s partial motion for judgment on the pleadings (Doc. No. 55) is **GRANTED**; and

2. Plaintiff Brandon Timmons ("Plaintiff")'s equal protection claim and request for compensatory damages are **DISMISSED**.

s/ Yvette Kane<br>
Yvette Kane, District Judge<br>
United States District Court<br>
Middle District of Pennsylvania